# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **JOE E. SLEDGE, ET AL.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:16-CV-53-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

*AND*

| | |
|---|---|
| **KATHERINE LONGSTREET COOKE, ET AL.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:16-CV-54-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

*AND*

| | |
|---|---|
| **SRA INVESTMENTS, LLC, ET AL.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:16-CV-55-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

*AND*

| | |
|---|---|
| **FELICIA WILLIS, ET AL.** | **PLAINTIFFS** |
| **VS.     CIVIL ACTION NO. 4:16-CV-56-DMB-JMV** | |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

## ORDER

The undersigned, after consultation with the District Judge's chambers, hereby sets the deadline for dispositive motions for September 2, 2018. A final pretrial conference will be assigned once the cases are set for trial by the District Judge.

SO ORDERED this, July 6, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**