**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JOE E. SLEDGE, ET AL.**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:16-CV-53-DMB-JMV**

**MERITOR, INC., ET AL.**     **DEFENDANTS**

*AND*

**KATHERINE LONGSTREET COOKE, ET AL.**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:16-CV-54-DMB-JMV**

**MERITOR, INC., ET AL.**     **DEFENDANTS**

*AND*

**SRA INVESTMENTS, LLC, ET AL.**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:16-CV-55-DMB-JMV**

**MERITOR, INC., ET AL.**     **DEFENDANTS**

*AND*

**FELICIA WILLIS, ET AL.**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:16-CV-56-DMB-JMV**

**MERITOR, INC., ET AL.**     **DEFENDANTS**

## AMENDED ORDER

The undersigned, after consultation with the District Judge's chambers, hereby sets the deadline for dispositive motions for September 4, 2018. A final pretrial conference will be assigned once the cases are set for trial by the District Judge.

SO ORDERED this, July 6, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**