IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOE E. SLEDGE, et al.                                                                           PLAINTIFFS

V.                                                                           NO. 4:16-CV-53-DMB-JMV

MERITOR, INC., et al.                                                                         DEFENDANTS

## ORDER

On May 14, 2019, Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company (collectively, "Meritor Defendants") filed a joint motion to dismiss with prejudice the claims of Joe E. Sledge, Cordelia Reed, James Wright, Lucille Turner, Jeffrey Scott, and Sincellia Scott. Doc. #547. On August 5, 2019, Textron, Inc., filed a joint motion to dismiss with prejudice the claims of Sledge, Reed, Wright, Turner, the Scotts, Carol Johnson, and Emma Hardiman. Doc. #567. On November 5, 2019, Textron filed a joint motion to dismiss with prejudice the claims of Katrena Fisher, as personal representative and devisee of Henry Fisher, deceased; David L. McClain; and Mary McClain. Doc. #577.

It appears all claims at issue in these motions have been dismissed with prejudice by stipulation. *See* Docs. #488, #551, #564, #572, #576. Accordingly, the motions to dismiss [547][567][577] are **DENIED as moot**.

**SO ORDERED**, this 26th day of November, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**