# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| SLEDGE, et al. | | |
|---|---|---|
| vs. | Civil Action No.: | 4:16-cv-53-DMB-JMV |
| MERITOR, INC., et al. | | |

| COOKE, et al. | | |
|---|---|---|
| vs. | Civil Action No.: | 4:16-cv-54-DMB-JMV |
| MERITOR, INC., et al. | | |

| SRA INVESTMENTS, LLC, et al. | | |
|---|---|---|
| vs. | Civil Action No.: | 4:16-cv-55-DMB-JMV |
| MERITOR, INC., et al. | | |

### ORDER

The Court, having considered the current status of these cases, finds the Case Management Order deadlines should be and are hereby amended as follows:

| | Event | Date |
|---|---|---|
| 1. | Summary Judgment and *Daubert*-type Motions deadline | 8/12/20 |
| 2. | Oppositions to Summary Judgment and *Daubert*-type Motions deadline | 9/9/20 |
| 3. | Replies in support of Summary Judgment and *Daubert*-type Motions deadline | 9/23/20 |
| 4. | Pretrial Statement Due | TBD |
| 5. | Final Pretrial | TBD |
| 6. | Trial | TBD |

In each of these cases, only one consolidated motion for summary judgment may be filed by the Meritor Defendants (Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company) and only one consolidated motion for summary judgment may be filed by the plaintiffs in each case. Each summary judgment motion filed may not exceed a total of 12 pages, excluding

exhibits. For any summary judgment motion filed in each case, the original and reply memorandum briefs together may not exceed a total of 100 pages. Any opposition memorandum may not exceed 100 pages.

SO ORDERED this 30th day of March, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE