**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JOE E. SLEDGE, et al.**                                                             **PLAINTIFFS**

**V.**                                                                            **NO. 4:16-CV-53-DMB-JMV**

**MERITOR, INC., et al.**                                                       **DEFENDANTS**

**ORDER CLOSING CASE**

On November 24, 2020, Dolphus and Barbara Bridges, the only remaining plaintiffs in this case, filed a stipulation of dismissal which dismisses with prejudice their claims against the remaining defendants—Meritor, Inc., The Boeing Company, and Rockwell Automation, Inc. (collectively, "Meritor Defendants"). Doc. #600. The Meritor Defendants, through counsel, signed the stipulation. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 30th day of November, 2020.

                                                      **/s/Debra M. Brown**
                                                      **UNITED STATES DISTRICT JUDGE**